BARBARA M. KULLMAN, Respondent, v. VIOLET WYRTZEN et al., Respondents, and MIRIAM PFORR, Defendant-Appellant.—

 Hagarty, Johnston, Adel, Taylor and Lewis, JJ., concur. [See *post*, p. 802.]